**CATHOLIC LEAGUE FOR RELIGIOUS AND CIVIL RIGHTS; Richard Sonnenshein; Valerie Meehan, Plaintiffs–Appellants,**

v.

**CITY AND COUNTY OF SAN FRANCISCO; Aaron Peskin; Tom Ammiano, in his official capacity as a Supervisor, Board of Supervisors, City and County of San Francisco, Defendants–Appellees.**

Order

No. 06–17328.

United States Court of Appeals, Ninth Circuit.

Nov. 5, 2009.

Charles S. Limandri, Law Offices of Charles S. Limandri, Rancho Santa Fe,

CA, Robert J. Muise, Ann Arbor, MI, for Plaintiffs–Appellants.

Vince Chhabria, Dennis J. Herrera, Office of the City Attorney, San Francisco, CA, for Defendants–Appellees.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.